# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRENDA PARRISH, INDIVIDUALLY ETC., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC USA, INC. ET AL., <br><br> Defendants. | Case No. _____ |

## DEMAND FOR JURY TRIAL BY DEFENDANTS MEDTRONIC USA, INC., MEDTRONIC, INC., AND HEARTWARE INTERNATIONAL INC.

Pursuant to Federal Rule of Civil Procedure 38, Defendants Medtronic USA, Inc. ("Medtronic USA"), Medtronic, Inc. ("Medtronic"), and HeartWare International Inc. ("HeartWare") [collectively, "Defendants"], by and through their undersigned counsel, hereby demand a trial of all issues by a panel of competent and impartial jurors.

Dated: December 30, 2019

**ULMER & BERNE LLP**

*/s/ Paul Cosgrove*
Paul J. Cosgrove (0073160)
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000 (*telephone*)
(513) 698-5001 (*facsimile*)
pcosgrove@ulmer.com

Georgia Hatzis (0092964)
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113
(216) 583-7000 (*telephone*)
(216) 583-7001 (*facsimile*)
ghatzis@ulmer.com

Daniel I.A. Smulian (*pro hac vice* to be filed)
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue, 39th Floor
New York, New York 10166
(212) 801-2271 (*telephone*)
SmulianD@gtlaw.com

Marcella C. Ducca (0084104)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-7375 (*telephone*)
DuccaM@gtlaw.com

*Attorneys for Defendants Medtronic USA, Inc., Medtronic, Inc., and HeartWare International Inc.*

## **CERTIFICATE OF SERVICE**

I, Paul J. Cosgrove, an attorney admitted to practice law in the State of Ohio, and a member of good standing of the bar of this Court, hereby certify that on this 30th day of December, 2019:

1. I caused true and correct copies of the foregoing to be filed with the Court using the CM/ECF system;

2. I further caused true and correct copies of the foregoing to be served via First Class U.S. Mail, with adequate postage prepaid, and via electronic mail to the physical and electronic mail address set forth below:

**Paul G. Perantinides**
**Matthew A. Mooney**
PERANTINIDES & NOLAN CO., L.P.A.
300 Courtyard Square
80 South Summit Street
Akron, Ohio 44308-1736
paul@perantinides.com
mmooney@perantinides.com

*/s/ Paul J. Cosgrove*
Paul. J. Cosgrove (0073160)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000 (*telephone*)
pcosgrove@ulmer.com

*One of the Attorneys for Defendants*
*Medtronic USA, Inc., Medtronic, Inc., and*
*HeartWare International Inc.*