# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRENDA PARRISH, Individually, and as Administratrix of the Estate of KYLE J. PARRISH,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC USA, INC., ET AL.,<br><br>Defendants. | CASE NO. 1:19-cv-02995<br><br>JUDGE JAMES S. GWIN |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER, MOVE, OR OTHERWISE PLEAD

Defendants Medtronic USA, Inc., Medtronic, Inc., and HeartWare International Inc. (collectively, "Defendants"), respectfully move this Court for a two-week extension of time, until and including January 20, 2020, in which to answer, move, or otherwise plead in response to plaintiff's Complaint.[1]  Plaintiff Brenda Parrish, individually and as administratrix of the Estate of Kyle J. Parrish, filed her Complaint in the Cuyahoga County Court of Common Pleas on November 26, 2019. (*See* Doc. 1-1.) 2.  On or about December 4, 2019, plaintiff effected service of the Complaint upon Defendants via process server.  Defendants timely removed this lawsuit on December 30, 2019, to the United States District Court for the Northern District of Ohio.  (*See* Doc. 1.)  Defendants' responsive pleading is currently due on January 6, 2020.

Defendants respectfully request a two-week extension of time in which to answer, move, or otherwise plead in response to plaintiff's Complaint.  The extension is necessary to allow Defendants to thoroughly review and analyze plaintiff's Complaint, which asserts wrongful death

---

[1] Defendants respectfully request expedited consideration of their request in order to know the responsive pleading deadline before January 6, 2019.

and product liability claims on behalf of Mr. Parrish, and to prepare a response thereto. Defendants state that they have not previously requested an extension, and that the requested extension will not delay the administration of justice or prejudice any party. Counsel for Defendants has consulted with counsel for plaintiff, who does not oppose this requested two-week extension.

Accordingly, for good cause shown, Defendants respectfully request an extension of time until and including January 20, 2020, to answer, move or otherwise plead in response to plaintiff's Complaint.

        **ULMER & BERNE LLP**

        */s/ Paul J. Cosgrove*
        Paul J. Cosgrove (0073160)
        600 Vine Street, Suite 2800
        Cincinnati, Ohio 45202-2409
        (513) 698-5000/(513) 698-5001 (*facsimile*)
        pcosgrove@ulmer.com

        Georgia Hatzis (0092964)
        ULMER & BERNE LLP
        1660 W. 2nd Street, Suite 1100
        Cleveland, OH 44113
        (216) 583-7000/(216) 583-7001 (*facsimile*)
        ghatzis@ulmer.com

        Daniel I.A. Smulian (*pro hac vice* to be filed)
        GREENBERG TRAURIG, LLP
        The MetLife Building
        200 Park Avenue, 39th Floor
        New York, New York 10166
        (212) 801-2271
        SmulianD@gtlaw.com

        Marcella C. Ducca (0084104)
        GREENBERG TRAURIG, LLP
        Terminus 200
        3333 Piedmont Road N.E., Suite 2500
        Atlanta, Georgia 30305
        (678) 553-7375
        DuccaM@gtlaw.com

        *Attorneys for Defendants Medtronic USA, Inc., Medtronic, Inc., and HeartWare International Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, the foregoing document was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

>  */s/ Paul J. Cosgrove*
>  *One of the Attorneys for Defendants Medtronic*
>  *USA, Inc., Medtronic, Inc., and HeartWare*
>  *International Inc.*