## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| BRENDA PARRISH, Individually, and as Administratrix of the Estate of KYLE J. PARRISH., | CASE NO: 1:19-CV-02995 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | **ORAL ARGUMENT REQUESTED** |
| MEDTRONIC USA, INC., ET AL., |  |
| Defendants. |  |

## DEFENDANTS MEDTRONIC USA, INC., MEDTRONIC, INC., AND HEARTWARE INTERNATIONAL INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure, Medtronic USA, Inc., Medtronic, Inc., and Heartware International Inc. [collectively, "Defendants"] hereby move to dismiss the complaint filed by Plaintiff Brenda Parrish for failure to state a claim upon which relief can be granted. All of Plaintiff's claims are expressly or impliedly preempted by federal law, as interpreted by *Riegel v. Medtronic, Inc.*, 552 U.S. 312 (2008) and *Buckman Co. v. Plaintiffs' Legal Committee*, 531 U.S. 341 (2001). In addition, Plaintiff's conclusory allegations fail to satisfy the requisite pleading standards. For all of these reasons, and as set forth more fully in the accompanying brief, Defendants respectfully request that this Court grant their motion and dismiss Plaintiff's Complaint in its entirety.

A memorandum of law in support of this motion is attached. Defendants respectfully request that this Court hear oral argument.

Dated: January 20, 2020

Respectfully submitted,

**ULMER & BERNE, LLP**


*/s/ Paul Cosgrove*

Paul J. Cosgrove (0073160)
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000 (*telephone*)
(513) 698-5001 (*facsimile*)
pcosgrove@ulmer.com

Georgia Hatzis (0092964)
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
(216) 583-7000 (*telephone*)
(216) 583-7001 (*facsimile*)
ghatzis@ulmer.com

Daniel I.A. Smulian (*pro hac vice* to be filed)
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue, 39th Floor
New York, New York 10166
(212) 801-2271 (*telephone*)
SmulianD@gtlaw.com

Marcella C. Ducca (0084104)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-7375 (*telephone*)
DuccaM@gtlaw.com

*Attorneys for Defendants Medtronic USA,*
*Inc., Medtronic, Inc., and Heartware*
*International Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2020, I caused true and correct copies of

the foregoing to be filed with the Court using the CM/ECF system and, further, caused true and

correct copies to be served via electronic mail to the electronic mail addressesave set forth below:

**Paul G. Pernantinides, Esq.**
**Matthew A. Mooney, Esq.**
PERANTINIDES & NOLAN NO., L.P.A.
300 Courtyard Square
80 South Summit Street
Akron, OH 44308-1736
paul@perantinides.com
mmooney@perantinides.com


*/s/ Paul Cosgrove*

Paul. J. Cosgrove (0073160)
ULMER & BERNE, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000 (*telephone*)
pcosgrove@ulmer.com

*Attorney for Defendants Medtronic USA, Inc.,*
*Medtronic, Inc., and Heartware International*
*Inc.*