# **<u>EXHIBIT B</u>**



**U.S. FOOD & DRUG ADMINISTRATION**

FDA Home[3] | Medical Devices[4] | Databases[5]

### Class 1 Device Recall Medtronic HeartWare HVAD System

[6] 510(k)[7] | DeNovo[8] | Registration & Listing[9] | Adverse Events[10] | Recalls[11] | PMA[12] | HDE[13] | Classification[14] | Standards[15]
CFR Title 21[16] | Radiation-Emitting Products[17] | X-Ray Assembler[18] | Medsun Reports[19] | CLIA[20] | TPLC[21]

New Search                                                                                     Back to Search Results

**Class 1 Device Recall Medtronic HeartWare HVAD System** [22]

| | |
|---|---|
| **Date Initiated by Firm** | May 02, 2018 |
| **Date Posted** | May 21, 2018 |
| **Recall Status**[1] | Open[3], Classified |
| **Recall Number** | Z-1903-2018 |
| **Recall Event ID** | 80056[23] |
| **PMA Number** | P100047[24] |
| **Product Classification** | Ventricular (assist) bypass[25] - **Product Code** DSQ[26] |
| **Product** | Heartware Medtronic HVAD System for cardiac use. Including the following parts:<br>(a) Controller / Controller Kits, Product numbers: 1400, 1401, 1403, 1407, 1420<br>(b) DC Adapter, Product numbers: 1435, 1440<br>(c) AC Adapter, Product numbers: 1425, 1430<br>(d) Battery Pack, Product number: 1650DE<br><br>Indication for Use for OUS HVAD System: The HVAD System is intended for use in patients at risk of death from refractory end-stage heart failure. The HVAD System is designed for in-hospital and out-of-hospital settings, including transportation via fixed wing aircraft or helicopter. |
| **Code Information** | ALL SERIAL NUMBERS  UPN/GTIN: (a) 1400 and 1401: distributed prior to GTN requirement  1403: 00888707000116, 00888707000475  1407: '00888707000291, '00888707000727, '00888707000710, 00888707000734, '00888707000741, '00888707000765, '00888707000758, '00888707000789, '00888707000772, '00888707000499, '00888707000796, '00888707000802, '00888707000819, '00888707000482, '00888707004534, '0888707001670, '00888707001656, '00888707001663, '00888707001670, '00888707001687, '00888707001694, '00888707001700, '00888707001717, '00888707001724, '00888707001731, '00888707001748, '00888707001755, '00888707001762, '00888707002813, '00888707002820, '00888707002837, '00888707002844, '00888707002851, '00888707001472  1420: '00888707000420, '00888707000437, '00888707002660  (b) 1435: '00888707000109  1440: '00888707000260, '00888707001885, '00888707001496, '00888707002745  (c) 1425: '00888707000093  1430: '00888707000307, '00888707000826, '00888707000833, '00888707000840, '00888707000857, '00888707000871, '00888707000864, '00888707000888, '00888707000901, '00888707000505, '00888707000895, '00888707000918, '00888707001489, '00888707001779, '00888707001786, '00888707001793, '00888707001809, '00888707001816, '00888707001823, '00888707001830, '00888707001847, '00888707001854, '00888707001861, '00888707001878, '00888707002738, '00888707002769, '00888707002776, '00888707002783, '00888707002790, '00888707002806, '00888707004817  (d) 1650DE: 00888707000369, 00888707001373, '00888707001588, '00888707001366, '00888707002684 '00888707002646, '00888707002653, '00888707000376 |
| **Recalling Firm/ Manufacturer** | Heartware<br>14400 NW 60th Ave<br>Miami Lakes FL 33014-2807 |
| **For Additional Information Contact** | 877-367-4823 |
| **Manufacturer Reason** | Possible transient electrical connection interruption between an HVAD System power source (Battery, AC Adapter, or |

| | |
|---|---|
| for Recall | DC Adapter) and the Controller, while the power source is connected, that may cause unintended switching to the secondary power source and/or unexpected audible tones (beeping). The interruption typically lasts 1-2 seconds, due to oxidation between power source connector and socket. |
| **FDA Determined Cause** [2] | Device Design |
| **Action** | The firm notified physicians and healthcare professionals about the device correction by letter on 05/02/2018. The letter explained problem and provided recommendations for effective power source management of the system.<br><br>Medtronic began notifying VAD Clinicians in the US on May 31, 2018, mainly via 2-day courier, and OUS via locally approved methods, of a newly available field service. A field service for application of a lubricant to the HVAD System power source connectors to mitigate the potential for transient interruptions of the electrical connection between an HVAD System power source (Battery, AC Adapter, or DC Adapter) and the HVAD Controller is now available. |
| **Quantity in Commerce** | 175878 devices |
| **Distribution** | Worldwide Distribution including US Nationwide, Argentina, Australia, Austria, Belarus, Belgium, Brazil, Canada, Chile, Croatia, Cyprus, Czech Republic, Denmark, Egypt, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, India, Israel, Italy, Japan, Kazakhstan, Korea, , Kuwait, Latvia, Lebanon, Lithuania, Luxembourg, Malaysia, Netherlands, New Zealand, Norway, Poland, Romania, Saudi Arabia, Serbia, Singapore, Slovakia, South Africa, Spain, Sweden, Switzerland, Taiwan, Turkey, Ukraine, United Arab Emirates, and Vietnam. |
| **Total Product Life Cycle** | TPLC Device Report[27] |

---

[1] A record in this database is created when a firm initiates a correction or removal action. The record is updated if the FDA identifies a violation and classifies the action as a recall, and it is updated for a final time when the recall is terminated. Learn more about medical device recalls[28].

[2] Per FDA policy, recall cause determinations are subject to modification up to the point of termination of the recall.

[3] The manufacturer has initiated the recall and not all products have been corrected or removed. This record will be updated as the status changes.

| | |
|---|---|
| **PMA Database** | PMAs with Product Code = DSQ and Original Applicant = Medtronic[29] |

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. http://www.fda.gov/safety/recalls/enforcementreports/default.htm
23. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&event_id=80056
24. /scripts/cdrh/cfdocs/cfpma/pma.cfm?ID=P100047
25. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSQ
26. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSQ
27. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm?id=DSQ
28. http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/ucm329946.htm
29. /scripts/cdrh/cfdocs/cfPMA/pma.cfm?start_search=1&productcode=DSQ&applicant=Medtronic

Page Last Updated: 01/18/2020

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. http://www.fda.gov/safety/recalls/enforcementreports/default.htm
23. /scripts/cdrh/cfdocs/cfRES/res.cfm?start_search=1&event_id=80056

24. /scripts/cdrh/cfdocs/cfpma/pma.cfm?ID=P100047
25. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSQ
26. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=DSQ
27. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm?id=DSQ
28. http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/ucm329946.htm
29. /scripts/cdrh/cfdocs/cfPMA/pma.cfm?start_search=1&productcode=DSQ&applicant=Medtronic