IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRENDA PARRISH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF KYLE J. PARRISH <br><br> Plaintiff <br><br> vs. <br><br> MEDTRONIC USA, INC., et al. <br><br> Defendants | CASE NO. 1:19-CV-02995 <br><br> JUDGE JAMES S. GWIN <br><br> **PLAINTIFF'S EXPERT IDENTIFICATION PURSUANT TO CIV.R. 26(A)(2)(B)** |

Now comes Plaintiff, by and through undersigned counsel, and hereby submits as expert physicians pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):

- o   Dr. Yadin David, Ed.D., P.E., C.C.E., F.A.I.M.B.E., F.A.C.C.E.

All disclosures required by Rule 26(a)(2)(B), with the exception of expert reports, have been provided to the Defendant as of this date.

        Respectfully submitted,

        PERANTINIDES & NOLAN CO., L.P.A.


        */s/ Matthew A. Mooney*
        PAUL G. PERANTINIDES #0006618
        MATTHEW A. MOONEY #0093332
        Attorneys for Plaintiffs
        300 Courtyard Square
        80 South Summit Street
        Akron, OH 44308-1736
        (330) 253-5454
        (330) 253-6524 Fax
        Email: paul@perantinides.com
              mmooney@perantinides.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, a copy of the foregoing Plaintiffs' Expert Identification was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. All parties not capable of receiving electronic documents will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.


        */s/ Matthew A. Mooney*
        PAUL G. PERANTINIDES #0006618
        MATTHEW A. MOONEY #0093332
        Attorneys for Plaintiffs


PGP/MAM