# INTERNATIONAL STANDARD

# IEC 60601-1

Third edition
2005-12

## Medical electrical equipment –

## Part 1: General requirements for basic safety and essential performance

*This **English-language** version is derived from the original **bilingual** publication by leaving out all French-language pages. Missing page numbers correspond to the French-language pages.*



Reference number
IEC 60601-1:2005(E)

## Publication numbering

As from 1 January 1997 all IEC publications are issued with a designation in the 60000 series. For example, IEC 34-1 is now referred to as IEC 60034-1.

## Consolidated editions

The IEC is now publishing consolidated versions of its publications. For example, edition numbers 1.0, 1.1 and 1.2 refer, respectively, to the base publication, the base publication incorporating amendment 1 and the base publication incorporating amendments 1 and 2.

## Further information on IEC publications

The technical content of IEC publications is kept under constant review by the IEC, thus ensuring that the content reflects current technology. Information relating to this publication, including its validity, is available in the IEC Catalogue of publications (see below) in addition to new editions, amendments and corrigenda. Information on the subjects under consideration and work in progress undertaken by the technical committee which has prepared this publication, as well as the list of publications issued, is also available from the following:

- **IEC Web Site (www.iec.ch)**

- **Catalogue of IEC publications**

  The on-line catalogue on the IEC web site (www.iec.ch/searchpub) enables you to search by a variety of criteria including text searches, technical committees and date of publication. On-line information is also available on recently issued publications, withdrawn and replaced publications, as well as corrigenda.

- **IEC Just Published**

  This summary of recently issued publications (www.iec.ch/online_news/ justpub) is also available by email. Please contact the Customer Service Centre (see below) for further information.

- **Customer Service Centre**

  If you have any questions regarding this publication or need further assistance, please contact the Customer Service Centre:

Email: custserv@iec.ch
Tel: +41 22 919 02 11
Fax: +41 22 919 03 00

# INTERNATIONAL STANDARD

# IEC 60601-1

Third edition
2005-12

## Medical electrical equipment –

## Part 1: General requirements for basic safety and essential performance

© IEC 2005 Copyright - all rights reserved

No part of this publication may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying and microfilm, without permission in writing from the publisher.

International Electrotechnical Commission, 3, rue de Varembé, PO Box 131, CH-1211 Geneva 20, Switzerland
Telephone: +41 22 919 02 11 Telefax: +41 22 919 03 00 E-mail: inmail@iec.ch Web: www.iec.ch




Commission Electrotechnique Internationale
International Electrotechnical Commission
Международная Электротехническая Комиссия

PRICE CODE 


*For price, see current catalogue*

CONTENTS

FOREWORD ........ 21
INTRODUCTION ........ 25

1 Scope, object and related standards ........ 29
1.1 * Scope ........ 29
1.2 Object ........ 29
1.3 * Collateral standards ........ 29
1.4 * Particular standards ........ 31
2 * Normative references ........ 31
3 * Terminology and definitions ........ 39
4 General requirements ........ 79
4.1 * Conditions for application to ME EQUIPMENT or ME SYSTEMS ........ 79
4.2 * RISK MANAGEMENT PROCESS for ME EQUIPMENT or ME SYSTEMS ........ 79
4.3 * ESSENTIAL PERFORMANCE ........ 81
4.4 * EXPECTED SERVICE LIFE ........ 81
4.5 * Equivalent safety for ME EQUIPMENT or ME SYSTEMS ........ 83
4.6 * ME EQUIPMENT or ME SYSTEM parts that contact the PATIENT ........ 83
4.7 * SINGLE FAULT CONDITION for ME EQUIPMENT ........ 83
4.8 Components of ME EQUIPMENT ........ 85
4.9 * Use of COMPONENTS WITH HIGH-INTEGRITY CHARACTERISTICS in ME EQUIPMENT ........ 85
4.10 * Power supply ........ 87
4.11 Power input ........ 89
5 * General requirements for testing ME EQUIPMENT ........ 91
5.1 * TYPE TESTS ........ 91
5.2 * Number of samples ........ 91
5.3 Ambient temperature, humidity, atmospheric pressure ........ 91
5.4 Other conditions ........ 91
5.5 Supply voltages, type of current, nature of supply, frequency ........ 93
5.6 Repairs and modifications ........ 93
5.7 * Humidity preconditioning treatment ........ 93
5.8 Sequence of tests ........ 95
5.9 * Determination of APPLIED PARTS and ACCESSIBLE PARTS ........ 95
6 * Classification of ME EQUIPMENT and ME SYSTEMS ........ 99
6.1 General ........ 99
6.2 * Protection against electric shock ........ 99
6.3 * Protection against harmful ingress of water or particulate matter ........ 101
6.4 Method(s) of sterilization ........ 101
6.5 Suitability for use in an OXYGEN RICH ENVIRONMENT ........ 101
6.6 * Mode of operation ........ 101

7 ME EQUIPMENT identification, marking and documents ... 101
7.1 General ... 101
7.2 Marking on the outside of ME EQUIPMENT or ME EQUIPMENT parts ... 105
7.3 Marking on the inside of ME EQUIPMENT or ME EQUIPMENT parts ... 113
7.4 Marking of controls and instruments ... 117
7.5 Safety signs ... 119
7.6 Symbols ... 121
7.7 Colours of the insulation of conductors ... 121
7.8 * Indicator lights and controls ... 123
7.9 ACCOMPANYING DOCUMENTS ... 123
8 * Protection against electrical HAZARDS from ME EQUIPMENT ... 135
8.1 Fundamental rule of protection against electric shock ... 135
8.2 Requirements related to power sources ... 137
8.3 Classification of APPLIED PARTS ... 137
8.4 Limitation of voltage, current or energy ... 139
8.5 Separation of parts ... 145
8.6 * Protective earthing, functional earthing and potential equalization of ME EQUIPMENT ... 161
8.7 LEAKAGE CURRENTS and PATIENT AUXILIARY CURRENTS ... 167
8.8 Insulation ... 201
8.9 * CREEPAGE DISTANCES and AIR CLEARANCES ... 213
8.10 Components and wiring ... 243
8.11 MAINS PARTS, components and layout ... 247
9 * Protection against MECHANICAL HAZARDS of ME EQUIPMENT and ME SYSTEMS ... 259
9.1 MECHANICAL HAZARDS of ME EQUIPMENT ... 259
9.2 * HAZARDS associated with moving parts ... 261
9.3 * HAZARD associated with surfaces, corners and edges ... 271
9.4 * Instability HAZARDS ... 271
9.5 * Expelled parts HAZARD ... 281
9.6 Acoustic energy (including infra- and ultrasound) and vibration ... 281
9.7 * Pressure vessels and parts subject to pneumatic and hydraulic pressure ... 285
9.8 * HAZARDS associated with support systems ... 291
10 * Protection against unwanted and excessive radiation HAZARDS ... 301
10.1 X-Radiation ... 301
10.2 Alpha, beta, gamma, neutron and other particle radiation ... 303
10.3 Microwave radiation ... 303
10.4 * Lasers and light emitting diodes (LEDs) ... 303
10.5 Other visible electromagnetic radiation ... 303
10.6 Infrared radiation ... 305
10.7 Ultraviolet radiation ... 305
11 * Protection against excessive temperatures and other HAZARDS ... 305
11.1 * Excessive temperatures in ME EQUIPMENT ... 305
11.2 * Fire prevention ... 313
11.3 * Constructional requirements for fire ENCLOSURES of ME EQUIPMENT ... 323

11.4 * ME EQUIPMENT and ME SYSTEMS intended for use with flammable anaesthetics ........ 329
11.5 * ME EQUIPMENT and ME SYSTEMS intended for use in conjunction with flammable agents ........ 329
11.6 Overflow, spillage, leakage, ingress of water or particulate matter, cleaning, disinfection, sterilization and compatibility with substances used with the ME EQUIPMENT ........ 329
11.7 Biocompatibility of ME EQUIPMENT and ME SYSTEMS ........ 333
11.8 * Interruption of the power supply / SUPPLY MAINS to ME EQUIPMENT ........ 333
12 * Accuracy of controls and instruments and protection against hazardous outputs ........ 333
12.1 Accuracy of controls and instruments ........ 333
12.2 USABILITY ........ 333
12.3 Alarm systems ........ 333
12.4 Protection against hazardous output ........ 333
13 * HAZARDOUS SITUATIONS and fault conditions ........ 337
13.1 Specific HAZARDOUS SITUATIONS ........ 337
13.2 SINGLE FAULT CONDITIONS ........ 339
14 * PROGRAMMABLE ELECTRICAL MEDICAL SYSTEMS (PEMS) ........ 351
14.1 * General ........ 351
14.2 * Documentation ........ 351
14.3 * RISK MANAGEMENT plan ........ 353
14.4 * PEMS DEVELOPMENT LIFE-CYCLE ........ 353
14.5 * Problem resolution ........ 353
14.6 RISK MANAGEMENT PROCESS ........ 353
14.7 * Requirement specification ........ 355
14.8 * Architecture ........ 355
14.9 * Design and implementation ........ 357
14.10 * VERIFICATION ........ 357
14.11 * PEMS VALIDATION ........ 357
14.12 * Modification ........ 359
14.13 * Connection of PEMS by NETWORK/DATA COUPLING to other equipment ........ 359
15 Construction of ME EQUIPMENT ........ 359
15.1 * Arrangements of controls and indicators of ME EQUIPMENT ........ 359
15.2 * Serviceability ........ 359
15.3 Mechanical strength ........ 361
15.4 ME EQUIPMENT components and general assembly ........ 369
15.5 * MAINS SUPPLY TRANSFORMERS of ME EQUIPMENT and transformers providing separation in accordance with 8.5 ........ 379
16 * ME SYSTEMS ........ 387
16.1 * General requirements for the ME SYSTEMS ........ 387
16.2 * ACCOMPANYING DOCUMENTS of an ME SYSTEM ........ 389
16.3 * Power supply ........ 391
16.4 ENCLOSURES ........ 391
16.5 * SEPARATION DEVICES ........ 391
16.6 * LEAKAGE CURRENTS ........ 393
16.7 * Protection against MECHANICAL HAZARDS ........ 395

16.8 Interruption of the power supply to parts of an ME SYSTEM .................................. 395
16.9 ME SYSTEM connections and wiring ........................................................ 395
17 * Electromagnetic compatibility of ME EQUIPMENT and ME SYSTEMS ............................... 399

Annex A (informative) General guidance and rationale ............................................ 401
Annex B (informative) Sequence of testing ........................................................ 613
Annex C (informative) Guide to marking and labelling requirements for ME EQUIPMENT and ME SYSTEMS ........................................................ 621
Annex D (informative) Symbols on marking ........................................................ 629
Annex E (informative) Examples of the connection of the measuring device (MD) for measurement of the PATIENT LEAKAGE CURRENT and PATIENT AUXILIARY CURRENT ................. 647
Annex F (informative) Suitable measuring supply circuits .......................................... 651
Annex G (normative) Protection against HAZARDS of ignition of flammable anaesthetic mixtures ........................................................ 657
Annex H (informative) PEMS structure, PEMS DEVELOPMENT LIFE-CYCLE and documentation ........................................................ 687
Annex I (informative) ME SYSTEMS aspects ........................................................ 713
Annex J (informative) Survey of insulation paths .................................................. 725
Annex K (informative) Simplified PATIENT LEAKAGE CURRENT diagrams ............................... 731
Annex L (normative) Insulated winding wires for use without interleaved insulation ........... 737

Bibliography ........................................................ 743

INDEX ........................................................ 749

INDEX OF ABBREVIATIONS AND ACRONYMS ........................................................ 775

Figure 1 – Detachable mains connection ........................................................ 43
Figure 2 – Example of the defined terminals and conductors ........................................ 45
Figure 3 – Example of a CLASS I ME EQUIPMENT ........................................................ 47
Figure 4 – Example of a metal-enclosed CLASS II ME EQUIPMENT .......................................... 47
Figure 5 – Schematic flow chart for component qualification ........................................ 87
Figure 6 – Standard test finger ........................................................ 97
Figure 7 – Test hook ........................................................ 99
Figure 8 – Test pin ........................................................ 141
Figure 9 – Application of test voltage to bridged PATIENT CONNECTIONS for DEFIBRILLATION-PROOF APPLIED PARTS ........................................................ 155
Figure 10 – Application of test voltage to individual PATIENT CONNECTIONS for DEFIBRILLATION-PROOF APPLIED PARTS ........................................................ 159
Figure 11 – Application of test voltage to test the delivered defibrillation energy ................ 161

Figure 12 – Example of a measuring device and its frequency characteristics ..................... 169

Figure 13 – Measuring circuit for the EARTH LEAKAGE CURRENT of CLASS I ME equipment, with or without APPLIED PART ..................... 175

Figure 14 – Measuring circuit for the TOUCH CURRENT ..................... 177

Figure 15 – Measuring circuit for the PATIENT LEAKAGE CURRENT from the PATIENT CONNECTION to earth ..................... 179

Figure 16 – Measuring circuit for the PATIENT LEAKAGE CURRENT via the PATIENT CONNECTION(S) of an F-TYPE APPLIED PART to earth caused by an external voltage on the PATIENT CONNECTION(S) ..................... 181

Figure 17 – Measuring circuit for the PATIENT LEAKAGE CURRENT from PATIENT CONNECTION(S) to earth caused by an external voltage on a SIGNAL INPUT/OUTPUT PART ....... 183

Figure 18 – Measuring circuit for the PATIENT LEAKAGE CURRENT from PATIENT CONNECTION(S) to earth caused by an external voltage on a metal ACCESSIBLE PART that is not PROTECTIVELY EARTHED ..................... 185

Figure 19 – Measuring circuit for the PATIENT AUXILIARY CURRENT ..................... 187

Figure 20 – Measuring circuit for the total PATIENT LEAKAGE CURRENT with all PATIENT CONNECTIONS of all APPLIED PARTS of the same type (TYPE B APPLIED PARTS, TYPE BF APPLIED PARTS or TYPE CF APPLIED PARTS) connected together ..................... 189

Figure 21 – Ball-pressure test apparatus ..................... 213

Figure 22 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 1 ..................... 239

Figure 23 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 2 ..................... 239

Figure 24 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 3 ..................... 239

Figure 25 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 4 ..................... 239

Figure 26 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 5 ..................... 239

Figure 27 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 6 ..................... 241

Figure 28 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 7 ..................... 241

Figure 29 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 8 ..................... 241

Figure 30 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 9 ..................... 241

Figure 31 – CREEPAGE DISTANCE and AIR CLEARANCE – Example 10 ..................... 243

Figure 32 – Ratio between HYDRAULIC TEST PRESSURE and MAXIMUM PERMISSIBLE WORKING PRESSURE ..................... 289

Figure 33 – Human body test mass ..................... 299

Figure 34 – Spark ignition test apparatus ..................... 317

Figure 35 – Maximum allowable current *I* as a function of the maximum allowable voltage *U* measured in a purely resistive circuit in an OXYGEN RICH ENVIRONMENT ..................... 317

Figure 36 – Maximum allowable voltage *U* as a function of the capacitance *C* measured in a capacitive circuit used in an OXYGEN RICH ENVIRONMENT ..................... 319

Figure 37 – Maximum allowable current *I* as a function of the inductance *L* measured in an inductive circuit in an OXYGEN RICH ENVIRONMENT ..................... 319

Figure 38 – Baffle ..................... 327

Figure 39 – Area of the bottom of an ENCLOSURE as specified in 11.3 b) 1) ..................... 327

Figure A.1 – Identification of ME EQUIPMENT, APPLIED PARTS and PATIENT CONNECTIONS in an ECG monitor ..................... 413

Figure A.2 – Example of the insulation of an F-TYPE APPLIED PART with the insulation incorporated in the ME EQUIPMENT ........ 415

Figure A.3 – Identification of ME EQUIPMENT, APPLIED PARTS and PATIENT CONNECTIONS in a PATIENT monitor with invasive pressure monitoring facility ........ 417

Figure A.4 – Identification of ME EQUIPMENT, APPLIED PARTS and PATIENT CONNECTIONS in a multifunction PATIENT monitor with invasive pressure monitoring facilities ........ 419

Figure A.5 – Identification of APPLIED PARTS and PATIENT CONNECTIONS in an X-ray ME SYSTEM ........ 421

Figure A.6 – Identification of ME EQUIPMENT, APPLIED PARTS and PATIENT CONNECTIONS in a transcutaneous electronic nerve stimulator (TENS) intended to be worn on the PATIENT'S belt and connected to electrodes applied to the PATIENT'S upper arm ........ 421

Figure A.7 – Identification of ME EQUIPMENT or ME SYSTEM, APPLIED PARTS and PATIENT CONNECTIONS in a personal computer with an ECG module ........ 423

Figure A.8 – Pictorial representation of the relationship of HAZARD, sequence of events, HAZARDOUS SITUATION and HARM ........ 429

Figure A.9 – Example of PATIENT ENVIRONMENT ........ 441

Figure A.10 – Floating circuit ........ 469

Figure A.11 – Interruption of a power-carrying conductor between ME EQUIPMENT parts in separate ENCLOSURES ........ 475

Figure A.12 – Identification of MEANS OF PATIENT PROTECTION and MEANS OF OPERATOR PROTECTION ........ 483

Figure A.13 – Allowable protective earth impedance where the fault current is limited ........ 497

Figure A.14 – Probability of ventricular fibrillation ........ 509

Figure A.15 – Example of a measuring circuit for the PATIENT LEAKAGE CURRENT from a PATIENT CONNECTION to earth for ME EQUIPMENT with multiple PATIENT CONNECTIONS ........ 519

Figure A.16 – Instability test conditions ........ 543

Figure A.17 – Example of determining TENSILE SAFETY FACTOR using Table 21 ........ 555

Figure A.18 – Example of determining design and test loads ........ 557

Figure A.19 – Example of human body mass distribution ........ 557

Figure E.1 – TYPE B APPLIED PART ........ 647

Figure E.2 – TYPE BF APPLIED PART ........ 647

Figure E.3 – TYPE CF APPLIED PART ........ 649

Figure E.4 – PATIENT AUXILIARY CURRENT ........ 649

Figure E.5 – Loading of the PATIENT CONNECTIONS if specified by the MANUFACTURER ........ 649

Figure F.1 – Measuring supply circuit with one side of the SUPPLY MAINS at approximately earth potential ........ 651

Figure F.2 – Measuring supply circuit with SUPPLY MAINS approximately symmetrical to earth potential ........ 651

Figure F.3 – Measuring supply circuit for polyphase ME EQUIPMENT specified for connection to a polyphase SUPPLY MAINS ........ 653

Figure F.4 – Measuring supply circuit for single-phase ME EQUIPMENT specified for connection to a polyphase SUPPLY MAINS ........ 653

Figure F.5 – Measuring supply circuit for ME EQUIPMENT having a separate power supply unit or intended to receive its power from another equipment in an ME SYSTEM......... 655

Figure G.1– Maximum allowable current $I_{ZR}$ as a function of the maximum allowable voltage $U_{ZR}$ measured in a purely resistive circuit with the most flammable mixture of ether vapour with air ........ 669

Figure G.2 – Maximum allowable voltage $U_{ZC}$ as a function of the capacitance $C_{max}$ measured in a capacitive circuit with the most flammable mixture of ether vapour with air . 671

Figure G.3 – Maximum allowable current $I_{ZL}$ as a function of the inductance $L_{max}$ measured in an inductive circuit with the most flammable mixture of ether vapour with air .. 671

Figure G.4 – Maximum allowable current $I_{ZR}$ as a function of the maximum allowable voltage $U_{ZR}$ measured in a purely resistive circuit with the most flammable mixture of ether vapour with oxygen ........ 679

Figure G.5 – Maximum allowable voltage $U_{ZC}$ as a function of the capacitance $C_{max}$ measured in a capacitive circuit with the most flammable mixture of ether vapour with oxygen ........ 681

Figure G.6 – Maximum allowable current $I_{ZL}$ as a function of the inductance $L_{max}$ measured in an inductive circuit with the most flammable mixture of ether vapour with oxygen ........ 681

Figure G.7 – Test apparatus ........ 685

Figure H.1 – Examples of PEMS/ PESS structures ........ 689

Figure H.2 – A PEMS DEVELOPMENT LIFE-CYCLE model ........ 691

Figure H.3 – PEMS documentation requirements from Clause 14 and ISO 14971:2000 ........ 699

Figure H.4 – Example of potential parameters required to be specified for NETWORK/DATA COUPLING ........ 711

Figure I.1 – Example of the construction of a MULTIPLE SOCKET-OUTLET (MSO) ........ 721

Figure I.2 – Examples of application of MULTIPLE SOCKET-OUTLETS (MSO) ........ 723

Figure J.1 – Insulation example 1 ........ 725

Figure J.2 – Insulation example 2 ........ 725

Figure J.3 – Insulation example 3 ........ 725

Figure J.4 – Insulation example 4 ........ 727

Figure J.5 – Insulation example 5 ........ 727

Figure J.6 – Insulation example 6 ........ 727

Figure J.7 – Insulation example 7 ........ 729

Figure K.1 – ME EQUIPMENT with an ENCLOSURE made of insulating material ........ 731

Figure K.2 – ME EQUIPMENT with an F-TYPE APPLIED PART ........ 731

Figure K.3 – ME EQUIPMENT with an APPLIED PART and a SIGNAL INPUT/OUTPUT PART ........ 733

Figure K.4 – ME EQUIPMENT with a PATIENT CONNECTION of a TYPE B APPLIED PART that is not PROTECTIVELY EARTHED ........ 733

Figure K.5 – ME EQUIPMENT with a PATIENT CONNECTION of a TYPE BF APPLIED PART that is not PROTECTIVELY EARTHED ........ 735

Table 1 – Units outside the SI units system that may be used on ME EQUIPMENT ................. 119
Table 2 – Colours of indicator lights and their meaning for ME EQUIPMENT ........................... 123
Table 3 – * Allowable values of PATIENT LEAKAGE CURRENTS and PATIENT AUXILIARY CURRENTS under NORMAL CONDITION and SINGLE FAULT CONDITION........................................ 171
Table 4 – * Allowable values of PATIENT LEAKAGE CURRENTS under the special test conditions identified in 8.7.4.7 .......................................................................... 173
Table 5 – Legends of symbols for Figure 9 to Figure 11, Figure 13 to Figure 20, Figure A.15, Annex E and Annex F ............................................................................ 191
Table 6 – Test voltages for solid insulation forming a MEANS OF PROTECTION ....................... 207
Table 7 – Test voltages for MEANS OF OPERATOR PROTECTION............................................. 209
Table 8 – Multiplication factors for AIR CLEARANCES for altitudes up to 5 000 m .................... 215
Table 9 – Material group classification ............................................................................ 217
Table 10 – MAINS TRANSIENT VOLTAGE................................................................................ 219
Table 11 – Minimum CREEPAGE DISTANCES and AIR CLEARANCES between parts of opposite polarity of the MAINS PART ........................................................................... 223
Table 12 – Minimum CREEPAGE DISTANCES and AIR CLEARANCES providing MEANS OF PATIENT PROTECTION ......................................................................................... 225
Table 13 – Minimum AIR CLEARANCES providing MEANS OF OPERATOR PROTECTION from the MAINS PART ............................................................................................... 227
Table 14 – Additional AIR CLEARANCES for insulation in MAINS PARTS with PEAK WORKING VOLTAGES exceeding the peak value of the NOMINAL MAINS VOLTAGE [a] ................................. 229
Table 15 – Minimum AIR CLEARANCES for MEANS OF OPERATOR PROTECTION in SECONDARY CIRCUITS......................................................................................................... 231
Table 16 – Minimum CREEPAGE DISTANCES providing MEANS OF OPERATOR PROTECTION ........ 233
Table 17 – NOMINAL cross-sectional area of conductors of a POWER SUPPLY CORD .............. 251
Table 18 – Testing of cord anchorages ............................................................................ 253
Table 19 – MECHANICAL HAZARDS covered by this clause .................................................... 261
Table 20 – Acceptable gaps............................................................................................ 265
Table 21 – Determination of TENSILE SAFETY FACTOR ......................................................... 293
Table 22 – Allowable maximum temperatures of parts...................................................... 305
Table 23 – Allowable maximum temperatures for ME EQUIPMENT parts that are likely to be touched.................................................................................................... 307
Table 24 – Allowable maximum temperatures for skin contact with ME EQUIPMENT APPLIED PARTS ............................................................................................. 307
Table 25 – Acceptable perforation of the bottom of an ENCLOSURE .................................... 325
Table 26 – * Temperature limits of motor windings........................................................... 345
Table 27 – Maximum motor winding steady-state temperature .......................................... 349
Table 28 – Mechanical strength test applicability ............................................................. 361
Table 29 – Drop height ................................................................................................... 365
Table 30 – Test torques for rotating controls..................................................................... 377

Table 31 – Maximum allowable temperatures of transformer windings under overload and short-circuit conditions at 25 °C (± 5 °C) ambient temperature ....................................381
Table 32 – Test current for transformers ........................................................................383
Table A.1 – Values of AIR CLEARANCE and CREEPAGE DISTANCE derived from Table 7 of IEC 61010-1:2001 and Table 12 ..........................................................................525
Table A.2 – CREEPAGE DISTANCES to avoid failure due to tracking from IEC 60664-1 ...........527
Table A.3 – Instability test conditions..............................................................................543
Table A.4 – Allowable time exposure for level of acceleration ..........................................547
Table A.5 – Guidance on surface temperatures for ME EQUIPMENT that creates low temperatures (cools) for therapeutic purposes or as part of its operation ...........................565
Table C.1– Marking on the outside of ME EQUIPMENT, ME SYSTEMS or their parts .................621
Table C.2 – Marking on the inside of ME EQUIPMENT, ME SYSTEMS or their parts ...................623
Table C.3 – Marking of controls and instruments..............................................................623
Table C.4 – ACCOMPANYING DOCUMENTS, general................................................................625
Table C.5 – ACCOMPANYING DOCUMENTS, instructions for use..............................................625
Table D.1 – General symbols............................................................................................631
Table D.2 – Safety signs..................................................................................................641
Table D.3 – General codes ...............................................................................................645
Table G.1 – Gas-tightness of cord inlets ...........................................................................675
Table H.1 – NETWORK/DATA COUPLING classification...........................................................707
Table I.1 – Some examples of ME SYSTEMS for illustration .................................................717
Table L.1– Mandrel diameter ...........................................................................................739
Table L.2 – Oven temperature ..........................................................................................739

Fuseholders where the fuselink is held in a cap that can be removed without use of a TOOL are a special concern. If the fuselink does not come out when the cap is removed, the OPERATOR could be inclined to try to remove it by gripping the end of the fuselink with the fingers. The OPERATOR could try to insert a new fuselink into the fuseholder without first inserting it in the cap. Both cases can be considered reasonably foreseeable misuse. This should be taken intoconsideration with assessing what parts are accessible.

The reader is referred to IEC 60127-6 [7] for more information on fuseholders.

## Clause 6 – Classification of ME EQUIPMENT and ME SYSTEMS

ME EQUIPMENT can have a multiple classification.

### Subclause 6.2 – Protection against electric shock

The term "Class III equipment" is used in some other standards to identify equipment that is powered from a safety extra-low voltage (SELV) mains supply system. The term Class III equipment is not formally used in this standard. The BASIC SAFETY of Class III equipment is critically dependent on the installation and on other Class III equipment connected thereto. These factors are outside the control of the OPERATOR and this is considered to be unacceptable for ME EQUIPMENT. Additionally, limitation of voltage is not sufficient to ensure safety of the PATIENT. For these reasons, this standard does not recognize Class III construction.

### Subclause 6.3 – Protection against harmful ingress of water or particulate matter

It should be noted that compliance with the requirements of this standard automatically allows MANUFACTURERS to rate ME EQUIPMENT as IP2X because the requirements of IEC 60529 for this rating are the same as the accessibility requirements (see 5.9).

### Subclause 6.6 – Mode of operation

CONTINUOUS OPERATION and non-CONTINUOUS OPERATION cover the range of operating modes of virtually all equipment. ME EQUIPMENT that remains plugged into the SUPPLY MAINS continuously but is operated intermittently should be RATED for non-CONTINUOUS OPERATION, have the appropriate indication of on/off times in the ACCOMPANYING DOCUMENTS and markings on the ME EQUIPMENT (see 7.2.11).

### Subclause 7.1.1 – USABILITY of the identification, marking and documents

For ME EQUIPMENT to be well designed, its markings and ACCOMPANYING DOCUMENTS should be clear, consistent, and help to reduce potential use error. Thus, markings and ACCOMPANYING DOCUMENTS should undergo the same rigorous evaluation as other OPERATOR-ME EQUIPMENT interface elements.

### Subclause 7.1.2 – Legibility of markings

Markings on ME EQUIPMENT are expected to be CLEARLY LEGIBLE by an OPERATOR over the range of normal illumination levels where the ME EQUIPMENT is typically operated. The levels used in this test are derived from the following recommended illumination levels for use in interior lighting design [51]:

**Subclause 11.6.2 – Overflow in ME EQUIPMENT**

The purpose of this test is to assess not only whether the liquid actually wets any parts in a way that would adversely affect a MEANS OF PROTECTION or result in a HAZARD; but also whether a similar amount of liquid that could overflow on another occasion and reach the same parts of the ME EQUIPMENT, but possibly not land in exactly the same way, could adversely affect a MEANS OF PROTECTION or result in a HAZARD. The results of the test should be evaluated to assure they realistically represent conditions that will be experienced when the ME EQUIPMENT is used.

**Subclause 11.6.3 – Spillage on ME EQUIPMENT and ME SYSTEMS**

In addition to ME EQUIPMENT that requires the use of fluids, many types are exposed to fluid spills as part of their REASONABLY FORESEEABLE MISUSES. In such cases (as well as for ME EQUIPMENT requiring fluids) the amount and location where spills can occur vary greatly. Only a proper evaluation of the ME EQUIPMENT being tested can determine an appropriate application of the requirement. Doing such an evaluation is the responsibility of the MANUFACTURER and the results are to be provided to those performing the test (typically in the RISK MANAGEMENT FILE). This requirement would be an appropriate area for evaluation by writers of particular standards.

Examination of the NORMAL USE of ME EQUIPMENT should provide an adequate estimate of the amount of fluid that is likely to be spilled on it.

Spillage for equipment that does not require the use of fluids is considered to be a SINGLE FAULT CONDITION.

**Subclause 11.6.4 – Leakage**

Leakage is considered to be a SINGLE FAULT CONDITION.

**Subclause 11.6.5 – Ingress of water and particulate matter into ME EQUIPMENT and ME SYSTEMS**

Although it is unlikely that ME EQUIPMENT would be RATED for protection against particulate matter, IEC 60529 does address the possibility and it should be considered a valid option. The presence of any water or particulate matter inside the ENCLOSURE after testing in accordance with its IEC 60529 classification is regarded as a NORMAL CONDITION. The requirement is therefore to assess the possibility of a HAZARDOUS SITUATION due to such ingress in combination with a possible SINGLE FAULT CONDITION (such as an interrupted PROTECTIVE EARTH CONNECTION).

**Subclause 11.6.8 – Compatibility with substances used with the ME EQUIPMENT**

ME EQUIPMENT, ACCESSORIES and parts thereof should be designed to be used safely with the substances with which they are intended to come into contact in NORMAL USE.

Where appropriate, particular standards should specify the corresponding requirements.

**Subclause 11.8 – * Interruption of the power supply / SUPPLY MAINS to ME EQUIPMENT**

Interruption of the power supply could result in a HAZARD due to loss of functionality. This HAZARD is dealt with in 7.9.2.4. Restoration of the power source can also result in HAZARDOUS SITUATIONS. Examples could include unintended activation of moving parts or resumption of dangerous outputs. These potentially HAZARDOUS SITUATION and the duration of the power interruption that could result in the HAZARDS need to be considered as part of the RISK MANAGEMENT PROCESS.