# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRENDA PARRISH, Individually, and as Administratrix of the Estate of KYLE J. PARRISH,<br><br>  Plaintiff,<br><br>v.<br><br>MEDTRONIC USA, INC., ET AL.,<br><br>  Defendants. | CASE NO: 1:19-CV-02995<br><br>JUDGE JAMES S. GWIN |

## JOINT NOTICE OF RESOLUTION AND
## APPLICATION TO TERMINATE DEADLINES

Plaintiff Brenda Parrish, Individually, and as Administratix of the Estate of Kyle J. Parrish ("Plaintiff") and Defendants Medtronic USA, Inc., Medtronic, Inc., and Heartware International Inc. (collectively, "Defendants") [collectively, the "Parties"], by and through their respective undersigned counsel, respectfully notify the Court that the Parties have agreed in principle to resolve the above-captioned matter. Counsel for the Parties are in the process of preparing an appropriate agreement. As soon as the Parties execute the agreement, they will file a Stipulation of Dismissal with Prejudice.

Although the Parties hope to finalize the relevant documents as soon as possible, they respectfully request that the Court afford the Parties 60 days—until September 23, 2020—to file the Stipulation of Dismissal with Prejudice. In the interim, the Parties respectfully request that the Court terminate all current deadlines and hearing dates.

CONSENTED TO BY:

| | |
|---|---|
| /s/ Paul J. Cosgrove<br>Paul J. Cosgrove (0073160)<br>ULMER & BERNE, LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202-2409<br>(513) 698-5000 (*telephone*)<br>(513) 698-5001 (*facsimile*)<br>pcosgrove@ulmer.com | /s/ Matthew A. Mooney<br>Matthew A. Mooney<br>PERANTINIDES & NOLAN CO., L.P.A.<br>300 Courtyard Square<br>80 South Summit Street<br>Akron, Ohio 44308<br>(330) 253-5454 (telephone)<br>(330) 253-6524 (facsimile)<br>mmooney@perantinides.com |

Georgia Hatzis (0092964)
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
(216) 583-7000 (*telephone*)
(216) 583-7001 (*facsimile*)
ghatzis@ulmer.com

*Counsel for Plaintiff Brenda Parrish*
*Individually, and as Administratix of the*
*Estate of Kyle J. Parrish*

Daniel I.A. Smulian (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
The MetLife Building
200 Park Avenue, 39th Floor
New York, New York 10166
(212) 801-9200 (*telephone*)
(212) 801-6400 (*facsimile*)
smuliand@gtlaw.com

*Attorneys for Defendants Medtronic USA,*
*Inc., Medtronic, Inc., and Heartware*
*International Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of July, 2020 I caused true and correct copies of the foregoing to be filed with the Court using the CM/ECF system and, further, caused true and correct copies to be served via electronic mail to the electronic mail addresses set forth below:

**Paul G. Perantinides, Esq.**
**Matthew A. Mooney, Esq.**
PERANTINIDES & NOLAN CO., L.P.A.
paul@perantinides.com
mmooney@perantinides.com

*/s/ Paul Cosgrove*
Paul. J. Cosgrove (0073160)
ULMER & BERNE, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000 (*telephone*)
pcosgrove@ulmer.com

*Attorney for Defendants Medtronic USA, Inc., Medtronic, Inc., and Heartware International Inc.*