Stipulated dismissal with prejudice approved 12/30/2020. The Court retains jurisdiction to enforce terms of settlement.
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRENDA PARRISH, Individually, and as Administratrix of the Estate of KYLE J. PARRISH, <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC USA, INC., ET AL., <br><br> Defendants. | CASE NO: 1:19-CV-02995 <br><br> JUDGE JAMES S. GWIN |

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brenda Parrish, Individually, and as Administratix of the Estate of Kyle J. Parrish ("Plaintiff") and Defendants Medtronic USA, Inc., Medtronic, Inc., and Heartware International Inc. (collectively, "Medtronic" or "Defendants"), by and through their respective counsel, hereby stipulate to the dismissal of the Amended Complaint, including all claims asserted therein, with prejudice, each party to bear its own costs.

Respectfully Submitted,

**PERANTINIDES & NOLAN CO., L.P.A**

*/s/ Matthew A. Mooney (with consent)*
Paul Perantinides
Matthew A. Mooney
300 Courtyard Square
80 South Summit Street
Akron, Ohio 44308
(330) 253-5454/(330) 253-6524 (*facsimile*)
mmooney@perantinides.com

*Attorneys for Plaintiff*

**ULMER & BERNE LLP**

*/s/ Paul J. Cosgrove*
Paul J. Cosgrove (0073160)
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5000/(513) 698-5001 (*facsimile*)
pcosgrove@ulmer.com

Georgia Hatzis (0092964)
ULMER & BERNE LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113
(216) 583-7000/(216) 583-7001 (facsimile)
ghatzis@ulmer.com